# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SUNFLOWER REDEVLOPMENT, LLC | ) ) ) |
| Plaintiff, | ) ) ) No.: 4:15-cv-00577-DGK |
| v. | ) ) |
| ILLINOIS UNION INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S NOTICE OF VIDEOTAPED DEPOSITION OF MIKKEL ANDERSON

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Illinois Union Insurance Company ("Illinois Union") will take the deposition upon oral examination, to be recorded by stenographic means, at the offices of Agren Blando Court Reporting & Video, 216 16th Street, Suite 600, Denver, Colorado 80202, of Mikkel Anderson. The deposition(s) will commence at 9:00 a.m. on November 16, 2017, or at such other time and place as agreed upon by counsel. If necessary, each deposition will be adjourned until completed.

PLEASE TAKE FURTHER NOTICE that defendant reserves the right to use electronic, audio and visual means to record said examination in conjunction with or instead of stenographic recordings pursuant to applicable Court rules.

This deposition will be taken before a court reporter, notary public, or before some other official authorized to take depositions. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully submitted this 2nd day of November, 2017.

                DYSART TAYLOR COTTER
                MCMONIGLE & MONTEMORE, P.C.

                By: */s/ Matthew W. Geary*
                Robert W. Cotter MO #25313
                Matthew W. Geary MO #53328
                4420 Madison Avenue
                Kansas City, MO 64111
                Telephone: (816) 931-2700
                Facsimile: (816) 931-7377
                rcotter@dysarttaylor.com
                mgeary@dysarttaylor.com

                TRAUB LIEBERMAN STRAUS
                & SHREWSBERRY LLP

                By: */s/ Michael Fleming*
                Brian Margolies
                Michael Fleming
                7 Skyline Drive
                Hawthorne, NY 10532
                Telephone: (914) 586-7020
                Facsimile: (914) 347-8898
                bmargolies@traublieberman.com
                *admitted pro hac vice*

                Attorneys for Defendant **ILLINOIS UNION INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 2nd day of November 2017, a true and correct copy of the above and foregoing was filed using the Court ECF system which will provide a copy to:

GERMAN MAY, PC
William D. Beil
Charles W. German
Jason M. Hans
Richard Miller, Esq.
1201 Walnut Street
20th Floor
Kansas City, MO 64106
billb@germanmay.com
JasonH@germanmay.com
CharleyG@germanmay.com

Attorneys for Sunflower Redevelopment LLC

                                                    */s/Matthew W. Geary*