IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| SUNFLOWER REDEVELOPMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-00577-DGK |
| | ) | |
| ILLINOIS UNION INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME AND ADDITONAL PAGES**

This case involves the application of two custom pollution remediation-related insurance policies. This case is set for trial on April 3, 2018, and recently, the Court resolved two separate discovery disputes between the parties. *See* (Docs. 94, 109).

Now before the Court is Defendant's Motion for Extension of Time to File Motions for Summary Judgment (Doc. 108), Plaintiff's suggestions in opposition (Doc. 113), Defendant's reply suggestions (Doc. 114), and Plaintiff's response to Defendant's reply (Doc. 115). Defendant's motion asks to extend the time to file summary judgment motions and for additional pages in the parties' summary judgment motions.

According to the Scheduling Order (Doc. 67), dispositive motions are due November 24, 2017. Local Rule 7.0 instructs parties that opposing suggestions are due twenty-one days after the motion is filed and reply suggestions are due fourteen days after the opposing suggestions are filed. L.R. 7.0(c). The Local Rule also limits supporting and opposing suggestions to fifteen pages and reply suggestions to ten pages.

Defendant requests an extension of time because the dispositive motions due date falls on the day after Thanksgiving and Counsel state they will be out of the office with travel and

observance of the holiday.  Additionally, Defendant notes discovery is not complete and even if depositions are scheduled on the last day of discovery, Defendant will not be able to complete their motion for summary judgment by the due date.  Plaintiff initially opposed Defendant's proposed summary judgment briefing schedule, but after several conversations, the Plaintiff is amenable to Defendant's suggestions, provided the schedule does not jeopardize the trial date.  The Court commends the parties for working together to reach a tentative agreement on a briefing schedule.  Accordingly, the dispositive motion deadline is amended to December 1, 2017.  Suggestions in opposition are due on or before December 22, 2017, and reply suggestions are due on or before January 3, 2018.  Absent extraordinary circumstances, no further extensions will be granted.

Defendant also requests to extend the page limit of its suggestions in support of summary judgment.  Defendant initially requested twenty-five pages of argument but changed that request to sixty pages in its reply brief.  Defendant also suggests separate motions for each of the four theories it plans to present.  The Court instructs the parties to include all of their arguments in one motion for summary judgment.  The Court GRANTS IN PART Defendant's request for additional pages.  The page limit for suggestions in support and in opposition is limited to twenty-five pages, and reply suggestions are limited to ten pages, as calculated by Local Rule 7.0.  The Court will not review any material exceeding this page limit.

**IT IS SO ORDERED.**

Date:  November 20, 2017           /s/ Greg Kays
                                                        GREG KAYS, CHIEF JUDGE
                                                        UNITED STATES DISTRICT COURT